CLD-311                                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-2648
_____

IN RE:  LOUIS NEPTUNE,
                                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to Civ. No. 3:17-cv-12057)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
September 24, 2020
Before:  JORDAN, KRAUSE and MATEY, Circuit Judges

(Opinion filed: October 29, 2020)
_____

OPINION[*]
_____

PER CURIAM

        Louis Neptune has filed a petition for a writ of mandamus requesting that we direct

the District Court to rule on several pending motions.  The District Court has since ruled

on those motions, and Neptune has filed a notice of appeal.  In light of the District Court's

---

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

action, the question Neptune presented is no longer a live controversy, so we will dismiss his mandamus petition as moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.")